**ORDERED.**

**Dated: April 19, 2013**



*Eileen W. Hollowell*, **Bankruptcy Judge**
_____

Joseph E. Cotterman (Bar No. 013800)
Fay Waldo (Bar No. 026392)
**ANDANTE LAW GROUP OF
DANIEL E. GARRISON, PLLC**
Scottsdale Financial Center I
4110 North Scottsdale Road, Suite 330
Scottsdale, AZ 85251
Phone: (480) 421-9449
Fax: (480) 522-1515
Email: joe@andantelaw.com
*Attorneys for Maureen MacDonald*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 13 Proceedings** |
| CAROL ANN CHILLIS,<br>    Debtor. | **Case No. 4:12-bk-20426-EWH** |
| MAUREEN MACDONALD, as representative of the estate of Violette A. Chillis, | **Adversary Case No. 4:13-ap-00004-EWH** |
| Plaintiff, | **JUDGMENT BY DEFAULT** |
| v. | |
| CAROL ANN CHILLIS, | |
| Defendant. | |

Default was entered against defendant Carol Ann Chillis ("Defendant") on February 7, 2013. Therefore, on motion of Plaintiff, judgment is entered against Defendant and in favor of Plaintiff as follows:

**IT IS ORDERED** that, pursuant to 11 U.S.C. §523(a)(4), the Judgment dated May 25, 2010 and entered May 27, 2010 by the Superior Court of Arizona in the county of Maricopa at case number CV2008-09005 (the "State Court Judgment"), and the entirety of the indebtedness it adjudicates, including but not limited to interest accruing thereunder, are excepted from any discharge Defendant may receive under 11 U.S.C. §727, §1141, or §1328 in either the Chapter

13 proceedings captioned above, or any other bankruptcy case commenced by or against her under any chapter of Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that the Minute Entry dated May 27, 2010 and entered May 28, 2010 by the Superior Court of Arizona in the county of Maricopa at case number CV2008-090058, and the entirety of the indebtedness it adjudicates, including but not limited to interest accruing thereunder, are excepted from any discharge Defendant may receive under 11 U.S.C. §727, §1141, or §1328 in either the Chapter 13 proceedings captioned above, or any other bankruptcy case commenced by or against her under any chapter of Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that Defendant is estopped from denying that she breached a fiduciary duty or that she converted property, as set forth in the State Court Judgment.

**IT IS FURTHER ORDERED** that Defendant is estopped from relitigating the issues of breach of fiduciary duty and conversion, as these were fully decided in the underlying state court action at case number CV2008-090058.

**ORDERED, SIGNED & DATED ABOVE**